UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andrea Lionel Barr**   Docket No. 7:07-CR-61-1BO

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrea Lionel Barr, who upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession With the Intent to Distribute More Than 50 Grams of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 8, 2008, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 30, 2014, pursuant to 18 U.S.C § 3582(c)(2), the term of imprisonment was reduced to 120 months.

Andrea Lionel Barr was released from custody on February 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 17, 2016, Barr submitted to urine testing and the result was positive for marijuana. He admitted using marijuana on March 11, 2016, and to having a substance abuse problem. As such, we are recommending the term of supervised release be continued but modified to include the standard drug aftercare testing and treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: April 8, 2016 |

Andrea Lionel Barr
Docket No. 7:07-CR-61-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of __April__, 2016 and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge